**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT EARL SHEPARD, JR., | ) NO. EDCV 09-02327 PSG (SS) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| MIKE McDONALD, Acting Warden, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 03/29/10

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE